928

No. 319. SCHILLING *v.* ROGERS, ATTORNEY GENERAL. On petition for writ of certiorari to the United States Court of Appeals for the District of Columbia Circuit. The motion of Hannah von Bredow et al. for leave to file brief, as *amici curiae,* is denied. *Chisman Hanes* and *Gerald G. Schulsinger* for movants.

No. 368. HUMBLE OIL & REFINING CO. *v.* FEDERAL POWER COMMISSION. On petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit. The motion to substitute Humble Oil & Refining Company, a Delaware corporation, in the place of Humble Oil & Refining Company, a Texas corporation, is granted. *Carl Illig, William J. Merrill* and *Bernard A. Foster, Jr.* were on the motion.

No. 495, Misc. HATLER, GENERAL CHAIRMAN OF GENERAL GRIEVANCE COMMITTEE OF THE BROTHERHOOD OF RAILROAD TRAINMEN, HUDSON & MANHATTAN RAILROAD CO., ET AL. *v.* DAWSON, U. S. DISTRICT JUDGE, ET AL. Motion for leave to file petition for writs of mandamus and certiorari denied. *Arnold B. Elkind* for Hatler, petitioner. *William W. Golub* for Stichman, Trustee, in opposition.

No. 143, Misc. FIRSTAMERICA CORPORATION *v.* UNITED STATES; and

No. 491, Misc. HOLLAND FURNACE CO. *v.* FEDERAL TRADE COMMISSION. Motions for leave to file petitions for writs of certiorari denied. *Gerhard A. Gesell, Homer I. Mitchell, Hamilton Carothers* and *Warren M. Christopher* for petitioner in No. 143, Misc. *Stuart S. Ball* and *Robert H. Trenkamp* for petitioner in No. 491, Misc. *Solicitor General Rankin, Acting Assistant Attorney General*

*Bicks, Richard A. Solomon* and *Ernest L. Folk III* for the United States in No. 143, Misc. ⊤ ᵢported below: No. 491, Misc., 269 F. 2d 203.

No. 538. UNITED STEELWORKERS OF AMERICA *v.* EN-TERPRISE WHEEL & CAR CORP. C. A. 4th Cir. Certiorari granted. *Arthur J. Goldberg* and *David E. Feller* for petitioner. *Jackson N. Huddleston* for respondent.

No. 539. MEYER ET AL. *v.* UNITED STATES. C. A. 2d Cir. Certiorari granted. *Alfred M. Saperston* for petitioners. *Solicitor General Rankin* for the United States.

No. 446. E. INGRAHAM Co. *v.* BOARD OF TAX REVIEW OF THE TOWN AND CITY OF BRISTOL. Supreme Court of Errors of Connecticut. Certiorari denied. *Charles E. Pledger, Jr.* and *Justin L. Edgerton* for petitioner. *Edward C. Krawiecki* for respondent.

No. 482. KORHOLZ ET AL. *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied. *Philip B. Perlman* for petitioners. *Solicitor General Rankin, Assistant Attorney General Wilkey* and *Beatrice Rosenberg* for the United States.

No. 517. QUALITY COAL CORP. *v.* LEWIS ET AL., TRUSTEES. C. A. 7th Cir. Certiorari denied. *John R. Jett* and *N. George Nasser* for petitioner. *Val J. Mitch, Harold H. Bacon* and *M. E. Boiarsky* for respondents.